No. 65681.—United States Mercantile Co., Inc. *v.* United States, protest 60/11946 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 65682.—Lavoie Laboratories, Inc. *v.* United States, protest 60/23206 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 65683.—A. Newberg & Co., Inc. *v.* United States, protests 60/23370 and 60/27682 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of chewing gum similar in all material respects to that the subject of *Fred L. Strauss* v. *United States* (43 Cust. Ct. 136, C.D. 2117), the claim of the plaintiff was sustained.

No. 65684.—Excelsior Pearl Works, Inc., and Chas. H. Asche & Co., Inc. *v.* United States, protests 60/3336, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of manufactures of shell similar in all material respects to those the subject of *Charles A. Redden, Inc., et al.* v. *United States* (44 Cust. Ct. 241, C.D. 2181), the claim of the plaintiffs was sustained.

No. 65685.—Catz American Co., Inc. *v.* United States, protest 282551–K(B) (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.